972 F.2d 1332
 Norfolk and Western Railway Company, Inc., Southern Railroad
Co., Union Pacific Railroad Co., Missouri Pacific R.R. Co.,
Spokan International R.R. Co., Missouri-Kansas-Texas R.R.,
Burlington Northern R.R. Co.
v.
Wassertrom (David E., Sandra), Forbes (Irwin), Trustee of
Wasserman Trust, Bristol Group, Ltd., Tar Ranch
Corp., a/k/a Alamar Ranch Corp.,
Triumphe Materials, Inc.,
Green (Rodney H.)
 NO. 92-1024
United States Court of Appeals,
Third Circuit.
 July 31, 1992
 
 Appeal From: E.D.Pa.,
 Shapiro, J.
 
 
 1
 AFFIRMED.